```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,
Successor in interest by merger to GULF
INSURANCE COMPANY,

                          Plaintiff,             06 Civ. 4724 (RPP) (MHD)

        - against -                              ORDER ACCEPTING
                                                 MAGISTRATE'S REPORT

G & A RENOVATION & RESTORATION,
INC. a/k/a G AND A RENOVATION and
RESTORATION, INC., GEORGE KARIDIS
AND MARY KARIDIS,

                          Defendants.
-----------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/30/09**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

On June 21, 2007, upon entry of a default judgment in favor of plaintiff, this Court referred this case to Magistrate Judge Michael H. Dollinger for an inquest as to plaintiff's damages and costs. On September 15, 2009, Magistrate Judge Dollinger filed a Report and Recommendation recommending that a judgment be entered in favor of plaintiff Travelers Indemnity Company in the amount of $938,446.50 in damages against Defendants G & A Renovation and Restoration, Inc. a/k/a G and A Renovation and Restoration, Inc. and George Karidis, jointly and severally. No objections to the Report and Recommendation have been filed.

### Decision

The Court has considered Magistrate Judge Dollinger's Report and Recommendation and agrees with the Report's recommendations. Accordingly, it is hereby

ORDERED that the Report and Recommendation issued by Magistrate Judge Michael H. Dollinger on September 15, 2009 is accepted in accordance with 28 U.S.C. § 636(b); and it is further

ORDERED that, in accordance with the Report and Recommendation issued by Judge Dollinger, a judgment of $938,446.50 for damages be entered in favor of plaintiff and against defendants G & A Renovation & Restoration, Inc. and George Karidis, jointly and severally.

Since there is no question of substance for appellate review, a Certificate of Appealability will not be issued. Pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that no appeal from this order would be taken in good faith. This case is closed.

IT IS SO ORDERED.


Dated: New York, New York
       September 29, 2009

                                             _____
                                             Robert P. Patterson, Jr.
                                             U.S.D.J.

Copies of this order faxed to:

*Counsel for Plaintiff:*

McElroy, Deutsch, Mulvaney & Carpenter, LLP (NY)
Wall Street Plaza, 88 Pine Street, 24th Floor
New York , NY 10005
Attn: Scott Aaron Levin
Tel: 212-483-9490
Fax: 212-483-9129

*Counsel for Defendant:*

Mark A. Varrichio & Associates
3144 Westchester Avenue
Bronx , NY 10461
Attn: Rocco Ernesto Vozza
Tel: 718-863-2897
Fax: 718-863-3136